# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DIRECTV, INC.,

    Plaintiff(s),

v.                                 CASE NO: 8:03-CV-2412-T-30TBM

CHRISTOPHER SHAY,

    Defendant(s).

_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. A review of the Court file indicates that Plaintiff has not filed a Status Report as required pursuant to this Court's Order (Dkt. #13) entered on October 6, 2004. It is therefore

ORDERED AND ADJUDGED that the Plaintiff is directed to file a Status Report in this cause **within fourteen (14) days** of this Order.

**DONE** and **ORDERED** in Tampa, Florida on July 28, 2005.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2003\03-cv-2412.status.wpd*